UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

OCT 16 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| VINOD SODHA and AMEE SODHA,<br><br>    Plaintiffs - Appellants,<br><br> v.<br><br>PHILIP GOLUBOWSKI, individually and on behalf of all others similarly situated,<br><br>    Appellee,<br><br>ROBINHOOD MARKETS, INC.; et al.,<br><br>    Defendants - Appellees. | No. 24-1036<br><br>D.C. No.<br>3:21-cv-09767-EMC<br><br>Northern District of California, San Francisco<br><br>MANDATE |

The judgment of this Court, entered August 29, 2025, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to

Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT